IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| v. | : | |
| NICHOLAS PANARELLA, JR. | : | NO. 00-655 |

ORDER

AND NOW, this 13th day of February, 2012, upon consideration of Panarella's Motion for Expungement/Expunction or Other Appropriate Equitable Relief (Docket No. 65), and the response and reply thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.